UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES V. SPARANO III                    JURY TRIAL DEMANDED

v.                                      CASE NO.  3:08CV

ASTRA BUSINESS SERVICES LIMITED

COMPLAINT

1.  Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.  The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3.  Plaintiff is a natural person who resides in CT.

4.  Plaintiff is a consumer within the FDCPA.

5.  Defendant is a debt collector within the FDCPA.

6.  Defendant has a place of business at 1038 Redwood  Hwy # B2, Mill Valley CA 94941   which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in an effort to collect  a disputed personal Fleet Bank / CACV account.

7.  Defendant engaged in collection efforts and communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to plaintiff's personal account.

8.  FIRST COUNT

9. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, or –f.

SECOND COUNT

10. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

11. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                        THE PLAINTIFF

                        BY____/s/ Joanne S. Faulkner___
                              JOANNE S. FAULKNER ct04137
                              123 Avon Street
                              New Haven, CT 06511-2422
                              (203) 772-0395
                              faulknerlawoffice@snet.net